No. 72–1170.   ELDER *v.* RAMPTON, GOVERNOR OF UTAH, ET AL.   Affirmed on appeal from D. C. Utah.   MR. JUSTICE DOUGLAS dissents from affirmance.

No. 72–1360.   NELSON, ATTORNEY GENERAL OF ARIZONA, ET AL. *v.* MIRANDA ET AL.   Appeal from D. C. Ariz.   Motion of appellee Miranda for leave to proceed *in forma pauperis* granted.   Judgment affirmed.

No. 70–41.   MEYER ET AL. *v.* AUSTIN ET AL.   Appeal from D. C. M. D. Fla. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–1026.   DURHAM *v.* McLEOD, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL.   Appeal from Sup. Ct. S. C. dismissed for want of substantial federal question.   MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 72–1223.   DESKINS *v.* KENTUCKY.   Appeal from Ct. App. Ky. dismissed for want of substantial federal question.

No. 72–205.   STEVENSON ET AL. *v.* WEST, GOVERNOR OF SOUTH CAROLINA, ET AL.   Appeal from D. C. S. C.   Judgment reversed.   *Swann* v. *Adams,* 385 U. S. 440 (1967); and *Reynolds* v. *Sims,* 377 U. S. 533 (1964).